UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MI FAMILIA VOTA EDUCATION FUND, et al.,**

    Plaintiff(s),

v.   CASE NO. **8:12-CV-1294-T-27MAP**

**KEN DETZNER,**

    Defendant(s).

---

## ORDER TO SHOW CAUSE

It appearing to the Court that the parties have failed to file a Case Management Report pursuant to Local Rule 3.05, it is

**ORDERED:**

1. That the parties are directed to show cause by a written response filed **within eleven (11) days**, why this case should not be dismissed for lack of prosecution, due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.

2. Failure of Plaintiff to file a written response **within eleven (11) days** of this order shall result in <u>immediate dismissal of this case without further notice of the Court</u>.

**DONE AND ORDERED** at Tampa, Florida this 22nd day of October, 2012.

                                        **JAMES D. WHITTEMORE**
                                      UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Charles R. Wilson
The Honorable James D. Moody
Counsel of record
Any unrepresented parties