UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MI FAMILIA VOTA EDUCATION FUND,
an organization; MURAT LIMAGE;
PAMELA GOMEZ,
    Plaintiffs.

VS.                                        Case Number 8:12-CV-1294-T-27MAP

KEN DETZNER, in his official capacity as
Florida Secretary of State,

Defendant.
_____

### PLANTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

    Mi Familia Vota Education Fund, Murat Limage, and Pamela Gomez ("Plaintiffs") hereby file their response to this Court's October 22, 2012 Order to Show Cause [ECF No. 34] "why this case should not be dismissed for lack of prosecution, due to the non-filing of a Case Management Report" and respectfully state as follows:

    1. The parties' failure to timely submit a Case Management Report as required by Local Rule 3.05 was not the result of delay or a failure to prosecute by the Plaintiffs, and, therefore, should not result in the dismissal of Plaintiffs' case.

    2. On Wednesday, October 10, 2012, Plaintiffs sent the Defendant a proposed Case Management Report in accordance with Local Rule 3.05.  At that time, Plaintiffs requested that Defendant review the proposed Case Management Report and provide Plaintiffs with any comments or questions by October 12, 2012 so that the parties could timely file the Case Management Report with the Court.

    3. On October 18, 2012, not having heard from the Defendant, Plaintiffs' counsel followed up via email and again asked Defendant to provide comments to the Case Management Report.

4. Counsel for Defendant responded via email during the afternoon of October 18, 2012 and advised that he would "try to take a close look at [Plaintiffs'] proposal and provide comments by the end of the week." Defendant failed to provide comments to the Case Management Report.

5. On Monday, October 22, 2012, the Court entered the Order to Show Cause.

6. The failure to file a Case Management Report was due to the lack of response by the Defendant to Plaintiffs' request for comments to the Case Management Report. As soon as the Order to Show Cause was filed, Plaintiffs again contacted counsel for the Defendant and have yet to receive a response.

7. Plaintiffs will continue to work diligently to ensure the Case Management Report is on file as quickly as possible and believe that we will be in a position to file the Case Management Report within the next three days.

WHEREFORE, Plaintiffs respectfully request that the Court refrain from dismissing this action.

DATED:  October 22, 2012
        Miami, Florida

Respectfully submitted,

/s/ Edward Soto
WEIL, GOTSHAL & MANGES LLP
Edward Soto
Florida Bar No. 0265144
Edward McCarthy
Florida Bar No. 683701
1395 Brickell Avenue, Suite 1200
Miami, Florida
Tel: (305) 577-3100
edward.soto@weil.com
edward.mccarthy@weil.com

/s/ Robert A. Kengle
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
Robert A. Kengle
Dara Lindenbaum
1401 New York Avenue, N.W., Suite 400
Washington, DC 20005
(202) 662-8324
bkengle@lawyerscommittee.org
dlindenbaum@lawyerscommittee.org


/s/ Randall C. Marshall
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA, INC.
Randall C. Marshall
Florida Bar No. 181765
Julie Ebenstein
Florida Bar No. 91033
4500 Biscayne Blvd., Suite 340
Miami, Florida 33137-3227
Tel. 786-363-2700
Fax 786-363-1108
rmarshall@aclufl.org
jebenstein@aclufl.org


/s/ M. Laughlin McDonald
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
M. Laughlin McDonald
230 Peachtree Street, NW, Suite 1440
Atlanta, GA  30303
(404) 523-2721
lmcdonald@aclu.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 22, 2012, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

                                                  /s/ Lauren L. Zerbinopoulos, Esq.
                                                  Lauren Zerbinopoulos, Esq.