UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MI FAMILIA VOTA EDUCATION FUND,
as an organization, MURAT LIMAGE,
and PAMELA GOMEZ,

        Plaintiffs,

v.                                  CASE NO: 8:12-cv-1294-T-27MAP

                                  Three Judge Court (CRW, JDW, JSM)

KEN DETZNER, in his official capacity
as Florida Secretary of State,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion for Stay of Proceedings Pending Decision in *Shelby County* (Dkt. 43). This action was previously stayed until April 2013 on Defendant's motion (Dkt. 41) to allow for the transition to a new General Counsel, with the exception that Defendant was to respond to written, non-expert discovery propounded by Plaintiffs (Dkt. 42). Defendant now moves for an additional stay, including discovery, until 20 days after the Supreme Court's decision in *Shelby County, Ala. v. Holder*, 679 F.3d 848 (D.C. Cir. 2012), *cert. granted*, 133 S. Ct. 594 (Nov. 9, 2012) (No. 12-96).[1] Plaintiffs do not oppose the stay provided that Defendant complies with his representation that he will not send "any new names of potential noncitizens to county supervisors for statutory notice and removal procedures during the pendency of the requested

---

[1] *Shelby* involves a challenge to the constitutionality of Congress' decision in 2006 to reauthorize Section 5 of the Voting Rights Act.

stay" and responds to the discovery requests "to which the parties previously agreed regarding the State's baseline voter-purge procedures." Upon consideration:

(1) The Motion for Stay of Proceedings Pending Decision in *Shelby County* (Dkt. 43). is **GRANTED** *in part*.

(2) This action is stayed pending a decision in *Shelby County, Ala. v. Holder*, 679 F.3d 848 (D.C. Cir. 2012), *cert. granted*, 133 S. Ct. 594 (Nov. 9, 2012) (No. 12-96), with the exception of proceedings relating to written, non-expert discovery propounded by Plaintiffs. The stay is conditioned on (1) Defendant not sending any new names of potential noncitizens to county supervisors for statutory notice and removal procedures during the pendency of this stay, and (2) Defendant responding to written, non-expert discovery previously propounded by Plaintiffs in accordance with the Case Management Report and the Federal Rules of Civil Procedure.

(5) Within twenty days of a decision in *Shelby County, Ala. v. Holder*, 679 F.3d 848 (D.C. Cir. 2012), *cert. granted*, 133 S. Ct. 594 (Nov. 9, 2012) (No. 12-96), the parties shall file either a joint stipulation of dismissal or a new Case Management Report addressing the time frame for completing discovery and a final disposition of this matter.

**DONE AND ORDERED** this 8th day of February, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to: The Honorable Charles S. Wilson
The Honorable James S. Moody
Counsel of Record