# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **MI FAMILIA VOTA EDUCATION FUND,** as an organization, **MURAT LIMAGE, PAMELA GOMEZ,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**KEN DETZNER,** in his official capacity as Florida Secretary of State,<br><br>　　Defendant. | Civil Action No.: 8:12-cv-01294-JDW-MAP |

## NOTICE OF DECISION IN *SHELBY COUNTY* STRIKING DOWN SECTION 4(b)

Defendant, Florida Secretary of State Kenneth W. Detzner ("Secretary"), respectfully gives notice that the Supreme Court has issued a decision in *Shelby County., Ala. v. Holder*, wherein the Supreme Court "declare[d] §4(b) unconstitutional." No. 12-96 (June 25, 2013).[1] "The formula in that section can no longer be used as a basis for subjecting jurisdictions to preclearance." *Id.* at 24. Invalidation of the coverage formula obviates the need for further litigation in this case because it eliminates the only basis of this action—Section 5's preclearance requirement. (*See* ECF No. 20 ¶¶ 2, 61-65). Florida's five covered counties are no longer "covered" and subject to Section 5.

---

[1] A true and correct copy of the Court's slip opinion is attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| Michael A. Carvin<br>(D.C. Bar No. 366784)<br>John M. Gore<br>(D.C. Bar No. 502057)<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>macarvin@jonesday.com<br>jmgore@jonesday.com | \_\_\_\_/s/ Ashley E. Davis_____<br>Ashley E. Davis (FBN 48032)<br>Assistant General Counsel<br>Florida Department Of State<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Telephone: (850) 245-6536<br>Fax: (850) 245-6127<br>Ashley.Davis@DOS.MyFlorida.com |

*Counsel for Defendant, Secretary of State Kenneth W. Detzner*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by filing via CM/ECF this 25th day of June, 2013, on the following:

Dara Lindenbaum
dlindenbaum@lawyerscommittee.org

Robert Kengle
bkengle@lawyerscommittee.org
dlindenbaum@lawyerscommittee.org

Julie A. Ebenstein
jebenstein@aclufl.org

Edward McCarthy
edward.mccarthy@weil.com

M. Laughlin McDonald
lmcdonald@aclu.org

Edward Soto
edward.soto@weil.com

John A. Russ
john.russ@usdoj.gov

Jenigh J. Garrett
jenigh.garrett@usdoj.gov

*Counsel for Interested Party*

Katie O'Connor
koconnor@aclu.org

Randall C. Marshall
rmarshall@aclualabama.org

*Counsel for Plaintiffs Mi Familia Vota Education Fund, Murat Limage, and Pamela Gomez*

                                                              /s/ Ashley E. Davis
                                                              Attorney