IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **MI FAMILIA VOTA EDUCATION FUND,** as an organization, **MURAT LIMAGE, PAMELA GOMEZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**KEN DETZNER,** in his official capacity as Florida Secretary of State,<br><br>Defendant. | Civil Action No.: 8:12-cv-01294-JDW-MAP |

## NOTICE OF PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

Defendant, Florida Secretary of State Kenneth W. Detzner ("Secretary"), pursuant to this Court's Orders dated February 8, 2013 (ECF No. 45) and June 26, 2013 (ECF No. 49), give notice that although all parties agree to dismissal of the First Amended Complaint (ECF No. 20), agreement could not be reached with Plaintiffs that dismissal should be with prejudice, even though the decision in *Shelby County., Ala. v. Holder*, No. 12-96 (June 25, 2013) invalidated the coverage formula which subjects jurisdictions, including Florida's five covered counties, to the preclearance requirement in Section 5 – the sole basis for this action. (ECF No. 20 ¶¶ 2, 61-65) (bringing only a Section 5 enforcement action). Plaintiffs cannot resuscitate this action *even if* Congress creates a new coverage formula and *even if* some jurisdiction in Florida were covered by it and subject to the preclearance requirement. First, any such action would be based on the *new* (hypothesized) statute, not some resuscitation of this action based on the current unconstitutional Section 5. Second, any actionable voting change would, by necessity, have to occur *after* a newly covered jurisdiction was created by subsequent legislation. Thus, Florida's identification of potential noncitizens and removal from the voter rolls, using SAVE or MDAVE

databases, would be the baseline, rather than a change requiring preclearance. This action should be dismissed with prejudice. A proposed order of dismissal with prejudice is attached.

Date: July 10, 2013

Respectfully submitted,

| | |
|---|---|
| Michael A. Carvin<br>(D.C. Bar No. 366784)<br>John M. Gore<br>(D.C. Bar No. 502057)<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>macarvin@jonesday.com<br>jmgore@jonesday.com | /s/ Ashley E. Davis<br>J. Andrew Atkinson (FBN 14135)<br>General Counsel<br>Ashley E. Davis (FBN 48032)<br>Assistant General Counsel<br>Florida Department Of State<br>R.A. Gray Building<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>Telephone: (850) 245-6536<br>Fax: (850) 245-6127<br>JAndrew.Atkinson@DOS.MyFlorida.com<br>Ashley.Davis@DOS.MyFlorida.com |

*Counsel for Defendant, Secretary of State Kenneth W. Detzner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing via CM/ECF this 10th day of July, 2013, on the following:

| | |
|---|---|
| Dara Lindenbaum<br>dlindenbaum@lawyerscommittee.org | John A. Russ<br>john.russ@usdoj.gov |
| Robert Kengle<br>bkengle@lawyerscommittee.org<br>dlindenbaum@lawyerscommittee.org | Jenigh J. Garrett<br>jenigh.garrett@usdoj.gov<br><br>*Counsel for Interested Party* |
| Julie A. Ebenstein<br>jebenstein@aclufl.org | |

Edward McCarthy
edward.mccarthy@weil.com

M. Laughlin McDonald
lmcdonald@aclu.org

Edward Soto
edward.soto@weil.com

Katie O'Connor
koconnor@aclu.org

Randall C. Marshall
rmarshall@aclualabama.org

*Counsel for Plaintiffs Mi Familia Vota Education Fund, Murat Limage, and Pamela Gomez*

  /s/  Ashley E. Davis\_\_\_\_\_
Attorney